# SCHEDULE A
## TO THE COMPLAINT

**REDACTED**