# EXHIBIT 1

**TO THE DECLARATION
OF SAM HUEBNER**



US00D869847S

(12) **United States Design Patent** (10) Patent No.: **US D869,847 S**

Huebner (45) Date of Patent: ** *Dec. 17, 2019

(54) **DIAPER STORAGE CADDY**

(71) Applicant: **Sam Huebner**, Parker, CO (US)

(72) Inventor: **Sam Huebner**, Parker, CO (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **15 Years**

(21) Appl. No.: **29/616,143**

(22) Filed: **Sep. 1, 2017**

(51) **LOC (12) Cl.** ............................................. **03-02**

(52) **U.S. Cl.**
USPC .......................................................... **D3/315**

(58) **Field of Classification Search**
USPC ........................................ D3/315, 304, 305
CPC ......... A45C 7/009; A45C 7/0077; A45C 3/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D587,897 S | * | 3/2009 | Radke | D3/202 |
| D633,296 S | * | 3/2011 | Potts | D3/305 |
| D714,059 S | * | 9/2014 | Blackwell | D3/304 |
| D725,911 S | * | 4/2015 | McManus | D3/315 |
| D758,731 S | * | 6/2016 | Noh | D3/304 |
| D776,929 S | * | 1/2017 | Noh | D3/315 |
| D791,480 S | * | 7/2017 | Coronado | D3/304 |
| D835,411 S | * | 12/2018 | Hughes | D3/305 |

| | | | | |
|---|---|---|---|---|
| D843,113 S | * | 3/2019 | Carter | D3/315 |
| D851,936 S | * | 6/2019 | Lit Chung | D3/315 |
| 2006/0278690 A1 | * | 12/2006 | Wang | B65D 15/22 |
| | | | | 229/120.33 |
| 2010/0270342 A1 | * | 10/2010 | Barthel | A45C 3/04 |
| | | | | 224/148.4 |
| 2011/0174824 A1 | * | 7/2011 | Potts | A45C 7/0077 |
| | | | | 220/531 |

* cited by examiner

*Primary Examiner* — Charles D Hanson
(74) *Attorney, Agent, or Firm* — Shifrin Patent Law; Dan Shifrin

(57) **CLAIM**

The ornamental design for a diaper storage caddy, as substantially shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the diaper storage caddy of the present invention;

FIG. **2** is a front view of the diaper storage caddy of the present invention, the back view being the mirror thereof;

FIG. **3** is a right side view of the diaper storage caddy of the present invention, the left view being the mirror thereof;

FIG. **4** is a top view of the diaper storage caddy of the present invention; and,

FIG. **5** is a bottom view of the diaper storage caddy of the present invention.

The broken line showing is included for the purpose of illustrating stitching and forms part of the claimed design.

**1 Claim, 3 Drawing Sheets**





FIG. 1

Case: 1:24-cv-01665 Document #: 9-4 Filed: 02/28/24 Page 4 of 29 PageID #:300



FIG. 2



FIG. 3



FIG. 4



FIG. 5

# UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

JANUARY 9, 2024

PTAS

SAM HUEBNER
1417 CLOVE WAY
PARKER, CO 80134

# 508319944

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT RECORDATION BRANCH
OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE COPY IS AVAILABLE AT THE
ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT
AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE
QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE ASSIGNMENT RECORDATION
BRANCH AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT
AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT RECORDATION BRANCH, P.O. BOX
1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 01/08/2024          REEL/FRAME: 066042/0621
                                      NUMBER OF PAGES: 3

BRIEF: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
  HUEBNER, SAM                        DOC DATE: 01/02/2024

ASSIGNEE:
  THE GOOD LIFE LTD
  1417 CLOVE WAY
  PARKER, COLORADO 80134

APPLICATION NUMBER: 29616143          FILING DATE: 09/01/2017
PATENT NUMBER: D869847                ISSUE DATE: 12/17/2019
TITLE: DIAPER STORAGE CADDY

ASSIGNMENT RECORDATION BRANCH
PUBLIC RECORDS DIVISION

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
| --- | --- |
| SAM HUEBNER | 01/02/2024 |

### RECEIVING PARTY DATA

| | |
| --- | --- |
| Company Name: | THE GOOD LIFE LTD |
| Street Address: | 1417 CLOVE WAY |
| City: | PARKER |
| State/Country: | COLORADO |
| Postal Code: | 80134 |

### PROPERTY NUMBERS  Total: 1

| Property Type | Number |
| --- | --- |
| Patent Number: | D869847 |

### CORRESPONDENCE DATA

**Fax Number:**
**Email:** sam@parkerbaby.com
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided;*
*if that is unsuccessful, it will be sent via US Mail.*
**Correspondent Name:** SAM HUEBNER
**Address Line 1:** 1417 CLOVE WAY
**Address Line 4:** PARKER, COLORADO  80134

| NAME OF SUBMITTER: | SHREYA TIWARI |
| --- | --- |
| Signature: | /ST/ |
| Date: | 01/08/2024 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 2**
source=Parker Baby Patent-Assignment_Signed#page1.tif
source=Parker Baby Patent-Assignment_Signed#page2.tif

### RECEIPT INFORMATION

**EPAS ID:**       PAT8367137
**Receipt Date:**  01/08/2024

## PATENT ASSIGNMENT

This Assignment is made and entered into this day of 2nd January, 2024. In consideration of and in exchange for One dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged; ***Sam Huebner***, (Inventor) ("Assignor"), 4075 Merada Ct., Franktown, CO 80116 (Address), hereby assigns to **The Good Life Ltd,** Colorado Limited Liability Company ("Assignee"), having its place of business at 18800 E Clarke Rd, Unit 102, Parker, CO 80134, and its successors (collectively hereinafter called "the Assignee"). The Assignor hereby assigns to Assignee the rights, title, and interest (including but not limited to, the patent claims, all rights to prepare derivative works, all goodwill, and all other rights), in and to the Patent. which are subject of:

Patent No.                                                          Patent Title
**US D869,847 S**                                    **DIAPER STORAGE CADDY**

**NOW, THEREFORE**, in consideration of the Agreement and the mutual covenants and promises contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1. Assignor hereby irrevocably convey, transfer, assign and deliver to Assignee, its successors and assigns, Assignors' entire right, title and interest for the United States, its territories and possession, and all foreign countries in and to the Assigned Patents and all rights, claims and privileges pertaining thereto, including without limitation, all inventions and discoveries disclosed therein, certificates of invention and applications for certificates of invention, and any substitutions, reissues, reexaminations, divisions, renewals, extensions, provisionals, continuations, continuations-in-part, continued prosecution applications, and corresponding foreign patents and patent applications and foreign counterparts thereof, and any and all rights to sue and recover for claims and remedies against and collect damages and other recoveries for past, present and future infringements of any or all of the foregoing, and rights for priority and protection of interests therein under the laws of any jurisdiction and hereby grants to Assignee the right to apply, obtain and hold in its own name for patents or inventor's certificates and related rights heretofore or hereafter filed in any and all countries, including, without limitation, the right to prosecute and maintain the same and all rights to claim priority based thereon, all patents granted thereon and all reissues, extensions and renewals thereof.

2. Rights and Privileges.   All rights and privileges, including the right to sue for and receive all damages from past infringements of the Assigned Patents, will be held and enjoyed by the Assignee and its successors, assigns and other legal representatives.

3. Further Assurances. Assignors represent and warrant to Assignee, its successors and assigns that on the date hereof that they are the exclusive owners of all right, title and interest in and to the Assigned Patents and have the right to assign the Assigned Patents, and that no assignment, sale, agreement or encumbrance has been or will be made or entered into which would conflict with this assignment. Assignors each agree, at the

Assignee's expense and request: (i) to assign, deliver and communicate to Assignee, its representatives, agents, successors and assigns any facts and materials relating to the Assigned Patents, including evidence for interference purposes or for other legal proceedings whenever requested and all files, documents and communications pertaining to the Assigned Patents, including all communications to and from the U.S. Patent and Trademark Office and any and all legal counsel advising on or assisting with the Assigned Patents; (ii) to testify in any interference or other legal proceedings whenever requested; (iii) to execute and deliver whenever requested all lawful papers required to make any of the foregoing provisions effective; and (iv) to generally provide all further cooperation, including taking such further action and executing such additional documents, which Assignee, its successors and assigns requests to secure, obtain or enforce proper protection for the Assigned Patents and all associated rights in this or any foreign country.

**IN WITNESS WHEREOF** this Assignment is made and entered into on the date first above written.

Assignor:                                               Assignee:

**Sam Huebner**                                 **The Good Life Ltd**

Sam Huebner, Inventor                    Sam Huebner, CEO, The Good Life Ltd

# United States of America
## United States Patent and Trademark Office

# Parker Baby Co.

**Reg. No. 5,681,477**

**Registered Feb. 19, 2019**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Good Life Ltd  (COLORADO LIMITED LIABILITY COMPANY), AKA The Good Life
11417 Clove Way
Parker, COLORADO 80134

CLASS 18: Diaper bags

FIRST USE 3-15-2017; IN COMMERCE 12-12-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:
"BABY CO."

SER. NO. 87-574,376, FILED 08-18-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# Parker Baby Co.

**Reg. No. 5,493,989**

**Registered Jun. 12, 2018**

**Int. Cl.: 20, 24, 25**

**Trademark**

**Principal Register**

Good Life Ltd (COLORADO LIMITED LIABILITY COMPANY), AKA The Good Life
11417 Clove Way
Parker, COLORADO 80134

CLASS 20: Non-metal fabric storage bin organizer

FIRST USE 3-15-2017; IN COMMERCE 12-12-2017

CLASS 24: Baby blankets; Children's towels; Hooded towels; Nursing covers; Washcloths

FIRST USE 3-15-2017; IN COMMERCE 12-5-2017

CLASS 25: Cloth bibs; Children's and infants' cloth bibs

FIRST USE 12-5-2017; IN COMMERCE 1-17-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BABY CO."

SER. NO. 87-976,360, FILED 08-18-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,300,371**

**Registered Mar. 23, 2021**

**Int. Cl.: 18, 20**

**Trademark**

**Principal Register**

The Good Life Ltd.  (COLORADO LIMITED LIABILITY COMPANY)
11417 Clove Way
Parker, COLORADO 80134

CLASS 18: Diaper bags

FIRST USE 12-31-2017; IN COMMERCE 12-31-2017

CLASS 20: Non-metal fabric storage bin organizer

FIRST USE 12-31-2017; IN COMMERCE 12-31-2017

The mark consists of a round tree with a lot of leaves, exposed roots, and an empty branch off the base of the trunk.

SER. NO. 90-098,769, FILED 08-07-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Database Name: Copyright Catalog (1978 to present) at DC4
: Keyword = Good Life Ltd
:



**Labeled View**

### *Parker Baby Co. Diaper Backpack - "Birch Bag" - Beige - Product Photographs...*

**Relevance:** ■■■■

**Type of Work:** Entry Not Found

**Registration Number / Date:** VA0002124558 / 2018-09-05

**Application Title:** Parker Baby Co. Diaper Backpack - "Birch Bag" - Beige - Product Photographs on White Background

**Title:** Parker Baby Co. Diaper Backpack - "Birch Bag" - Beige - Product Photographs on White Background. [Group registration of published photographs. 5 photographs. 2017-10-07 to 2017-10-07]

**Description:** 5 photographs : Electronic file (eService)

**Copyright Claimant:** Good Life Ltd. dba Parker Baby Co., Transfer: By written agreement. Address: 11417 Clove Way, Parker, CO, 80134, United States.

**Date of Creation:** 2017

**Publication Date Range:** 2017-10-07 to 2017-10-07

**Nation of First Publication:** United States

**Authorship on Application:** Products On White Photography LLC, employer for hire; Domicile: United States. Authorship: photographs.

**Rights and Permissions:** Samuel Huebner, Good Life Ltd. dba Parker Baby Co., sam@parkerbaby.com

**Copyright Note:** C.O. correspondence.

Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Names:** Products On White Photography LLC

Good Life Ltd. dba Parker Baby Co.



| Record Options |
|---|
| Select Download Format: ⌄  [ Format for Print/Save ] |
| Enter your email address: [                    ] [ Email ] |
| Save results for later: [ Save To Bookbag ] |

**Registration #:** VA0002202633
**Service Request #:** 1-8800596591

## Mail Certificate

Good Life Ltd. dba Parker Baby Co.
Sam Huebner
11417 Clove Way
Parker, CO 80134 United States

**Priority:** Special Handling      **Application Date:** May 06, 2020

## Correspondent

**Organization Name:** Good Life Ltd. dba Parker Baby Co.
**Name:** Hilton Hart
**Email:** hh@edisonlf.com
**Telephone:** (203)981-8154
**Address:** 11417 Clove Way
Parker, CO 80134 United States

**Registration Number**

# VA 2-202-633

**Effective Date of Registration:**
May 06, 2020
**Registration Decision Date:**
May 11, 2020

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    March 01, 2017 to October 01, 2017

## Title

| | |
|---|---|
| **Title of Group:** | Parker Baby 2017 |
| **Number of Photographs in Group:** | 3 |
| • **Individual Photographs:** | diaper_caddy_7.jpg |
| **Published:** | March 2017 |
| • **Individual Photographs:** | diaper_bag_8.jpg,diaper_bag_10.jpg, |
| **Published:** | October 2017 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Earliest Publication Date in Group:** | March 01, 2017 |
| **Latest Publication Date in Group:** | October 01, 2017 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Good Life Ltd. dba Parker Baby Co. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Anonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Good Life Ltd. dba Parker Baby Co.<br>11417 Clove Way, Parker, CO, 80134, United States |

## Rights and Permissions

**Organization Name:** Good Life Ltd. dba Parker Baby Co.
**Address:** 11417 Clove Way
Parker, CO 80134 United States

## Certification

**Name:** Hilton Hart
**Date**: May 06, 2020

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:**   VA0002208962
**Service Request #:**   1-8810951071

## Mail Certificate _____

Good Life Ltd. dba Parker Baby Co.
Sam Huebner
11417 Clove Way
Parker, CO 80134 United States

**Priority:**   Special Handling          **Application Date:**   May 08, 2020

## Correspondent _____

|   |   |
|---|---|
| **Organization Name:** | Good Life Ltd. dba Parker Baby Co. |
| **Name:** | Hilton Hart |
| **Email:** | hh@edisonlf.com |
| **Telephone:** | (203)981-8154 |
| **Address:** | 11417 Clove Way |
|  | Parker, CO 80134 United States |

**Registration Number**

# VA 2-208-962

**Effective Date of Registration:**
July 03, 2020
**Registration Decision Date:**
July 06, 2020

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** October 01, 2018 to October 01, 2018

## Title _____

**Title of Group:** Parker Baby 2018
**Number of Photographs in Group:** 4

- **Individual Photographs:** diaper_bag_15

- **Individual Photographs:** diaper_caddy_8

- **Individual Photographs:** diaper_caddy_9

- **Individual Photographs:** diaper_caddy_10

## Completion/Publication _____

**Year of Completion:** 2018
**Earliest Publication Date in Group:** October 01, 2018
**Latest Publication Date in Group:** October 01, 2018
**Nation of First Publication:** United States

## Author _____

- **Author:** Good Life Ltd. dba Parker Baby Co.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Anonymous:** Yes

## Copyright Claimant _____

**Copyright Claimant:** Good Life Ltd. dba Parker Baby Co.

11417 Clove Way, Parker, CO, 80134, United States

## Rights and Permissions

**Organization Name:** Good Life Ltd. dba Parker Baby Co.
**Address:** 11417 Clove Way
Parker, CO 80134 United States

## Certification

**Name:** Hilton Hart
**Date:** May 08, 2020

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

## Parker Baby #2 Copyright Summary

| Image/Text | Filename | Registration # | Registration Date |
|---|---|---|---|
|  | diaper_bag_2 | VA0002124558 | 2018-09-05 |

| | diaper_bag_12 | VA0002124558 | 2018-09-05 |
|---|---|---|---|
|  | | | |

MORE REASONS TO LOVE THE PARKER BABY

BIRCH BAG

INCLUDED CHANGING PAD

LAPTOP/TABLET SLEEVE

INSULATED POCKETS

INSULATED POCKETS

OVER 10 INTERIOR POCKETS

SEPARATE LARGE ZIPPER POCKET
for diapers and wipes

Parker
BABY CO

| | diaper_caddy_7 | VA0002202633 | 2020-05-06 |
|---|---|---|---|

|  | diaper_bag_10 | VA0002202633 | 2020-05-06 |

| | diaper_caddy_8 | VA0002208962 | 2020-07-03 |
|---|---|---|---|
|  | | | |

| | | | |
|---|---|---|---|
|  | diaper_caddy_9 | VA0002208962 | 2020-07-03 |
|  | diaper_caddy_10 | VA0002208962 | 2020-07-03 |

|  | diaper_bag_15 | VA0002208962 | 2020-07-03 |