# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TGL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | No. 24-cv-01665 <br><br> Hon. Judge Sara L. Ellis <br> Hon. Mag. Judge Keri L. Holleb Hotaling |

## PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS

Plaintiff TGL, LTD., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendant: PortableOut Store (864) ("Settling Defendant(s)"), with prejudice. Plaintiff is dismissing Settling Defendant because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendant has filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: March 29, 2024

Respectfully submitted,

TGL, LTD.

By: /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874