# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TGL, LTD., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 24-cv-01665 |
| | ) |
| v. | ) JURY DEMAND |
| THE PARTNERSHIPS AND | ) |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED IN SCHEDULE "A", | ) |
| | ) |
| Defendants. | |

## HOBBII A/S' 
## DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant, Hobbii A/S ("Hobbii") states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock. Pursuant to L.R. 3.2, Defendant, Hobbii states that it has no publicly held affiliates.

Dated: April 3, 2024                                Respectfully submitted,

                                                    By: /s/ Jason S. Shull
                                                    Jason S. Shull
                                                    jshull@bannerwitcoff.com
                                                    Banner & Witcoff Ltd.
                                                    71 South Wacker Drive, Suite 3600
                                                    Chicago, Illinois 60606
                                                    Tel:   (312) 463-5000
                                                    Fax:   (312) 463-5001

                                                    *Attorneys for Defendant, Hobbii A/S*