Exhibit 1

| Merchant Name | Def. No. |
|---|---|
| FIYO | 453 |
| Yuehuam2019 | 454 |
| KoreahighI | 457 |
| SNHOHIAK SHOP | 469 |
| Balalala | 492 |
| Orenic--Direct | 508 |
| Weizhifu | 511 |
| Hruitech2020 | 519 |
| LILALILA | 528 |
| Cicilin-US | 529 |
| HOHXFYP | 539 |
| adafaa | 647 |
| cym185 | 667 |
| drea6677 | 672 |
| e4trading333 | 673 |
| globehotsell | 681 |
| guhu-89 | 682 |
| lalawenchang | 696 |
| loaeopp | 698 |
| lovesh159 | 699 |
| riserc | 718 |
| zhanbianss_7 | 742 |
| hobbii.com | 764 |
| YoFen | 798 |
| SKIN SHRIMP | 809 |
| UYTW | 811 |
| Home EV Charger | 815 |
| Godel Pet Products | 822 |
| Love Latte | 827 |
| Serenityf | 828 |
| SSKVJY | 831 |
| Biiend's store | 838 |
| MoseyYS | 841 |
| Meihui E-commerce | 845 |
| Shenzhen how fast good province supply chain management Co., LTD | 889 |
| Glens Technology (Shenzhen) Co., LTD | 897 |
| Shenzhen how fast good province supply chain management Co., LTD | 901 |